**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MERCER, JR., | Case No. CV 25-00670 PA (PVCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CASH CARTI MUSIC, LLC, et al. | |
| Defendants. | |

In accordance with the Court's August 6, 2025 Minute Order granting the Motion for Judgment on the Pleadings filed by defendants Cash Carti Music, LLC, Jordan Carter, professionally known as Playboi Carti, and UMG Recordings, Inc. (erroneously named as "Universal Music Group, Inc." and "Interscope Records") ("Defendants") and dismissing the action filed by plaintiff Eric Mercer, Jr. ("Plaintiff") with prejudice, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

//

It is further ORDERED, ADJUDGED, AND DECREED that Defendants shall have their costs of suit.

DATED: August 6, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE